IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00220-WS |
| JOSEPH MITCHELL McDONALD | : |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 50) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment, charging sex trafficking of children in violation of 18:1591(a)(1) and (b) is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **May 5, 2026, at 9:30 a.m**.

**DONE and ORDERED** this the 20th day of February 2026.

/s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE